## WATSON v. WEED SEWING MACHINE COMPANY.

APPEAL by defendant from a judgment in favor of plaintiff entered upon the report of a referee.

The action was brought by William G. Watson and another to recover for goods sold and delivered.

*Frank Reynolds* and *F. A. Ward,* for appellants.

*David Crawford,* for respondent.

BARNARD, P. J.

Only questions of fact are passed upon in the opinion.

*New trial granted.*

---

## TRUSTEES OF COLLEGE POINT v. LAWRENCE.

*Eminent domain — award in proceedings.*

In proceedings to acquire land for public use the award of commissioners can. not be legally set aside, on the ground that it is insufficient unless such insufficiency is marked.

APPEAL by defendant James Lawrence from an order at special term confirming the report of commissioners of appraisal appointed under Laws of 1873, chapter 609, to appraise the value of land taken under the provisions of said act which is entitled "An act to provide for supplying the village of College Point, Queens county, with pure and wholesome water."

*C. A. Van Nostrand,* for appellant.

*E. B. Hinsdale,* for respondents.

BARNARD, P. J.

The head-note states fully the only point passed upon in the opinion.

*Order affirmed.*